**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 08-MD-01916 (Marra/Johnson)**

IN RE:  CHIQUITA BRANDS INTERNATIONAL,
INC. ALIEN TORT STATUTE AND
SHAREHOLDERS DERIVATIVE LITIGATION

_____/

## MOTION TO WITHDRAW AS COUNSEL

Attorney James M. Garland, formerly of the law firm of Covington & Burling LLP, hereby requests leave of Court to withdraw from the representation of Defendants CHIQUITA BRANDS INTERNATIONAL, INC., CHIQUITA FRESH NORTH AMERICA LLC, and FERNANDO AGUIRRE (collectively, "Chiquita") in the matters currently pending in the multi-district proceedings before this Court, and states the following in support:

1.      As counsel for Chiquita, Mr. Garland filed a Motion for Limited Appearance and Request to Electronically Receive Notices of Electronic Filing on January 22, 2008, which Motion was granted on February 1, 2008.

2.      Effective January 19, 2009, Mr. Garland resigned from Covington & Burling LLP and is now employed at the Department of Justice.

3.      Chiquita continues to be represented in these matters by other attorneys at Covington & Burling LLP who have entered their appearances, including, Gregg H. Levy, John E. Hall, Jenny R. Mosier, and Jonathan M. Sperling.  Chiquita is also represented by Sidney A. Stubbs, Robert W. Wilkins, and Cristopher S. Rapp of Jones Foster Johnston & Stubbs, P.A., each of whom is admitted to practice in this District.

4.      Chiquita consents to Mr. Garland's withdrawal from this representation.

WHEREFORE, James M. Garland respectfully requests that the Court grant him leave to withdraw his appearance on behalf of CHIQUITA BRANDS INTERNATIONAL, INC., CHIQUITA FRESH NORTH AMERICA LLC, and FERNANDO AGUIRRE in the matters currently before this Court in this multi-district litigation.

Dated: January 23, 2009

Gregg H. Levy
John E. Hall
Jenny R. Mosier
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Telephone: (202) 662-6000
Fax: (202) 662-6291

Jonathan M. Sperling
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018
Telephone:  (212) 841-1000
Fax:  (212) 841-1010

Respectfully submitted,

_____/s/ Robert W. Wilkins_____
Sidney A. Stubbs (Fla. Bar No. 095596)
Robert W. Wilkins (Fla. Bar No. 578721)
Christopher S. Rapp (Fla. Bar No. 0863211)
rwilkins@jones-foster.com
JONES, FOSTER, JOHNSTON & STUBBS, P.A.
505 South Flagler Drive, Suite 1100
West Palm Beach, Florida 33401
Telephone: (561) 659-3000
Fax: (561) 650-0412

*Counsel for Chiquita Brands International, Inc., Chiquita Fresh North America LLC, and Fernando Aguirre*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on this 23rd day of January, 2009.  I also certify that the foregoing document is being served this day on all counsel of record registered to receive electronic Notices of Electronic Filing generated by CM/ECF, and in accordance with the Court's First Case Management Order ("CMO") and the June 10, 2008 Joint Counsel List filed in accordance with the CMO.

By:       /s/ Robert W. Wilkins
Fla. Bar No. 578721
rwilkins@jones-foster.com

P:\DOCS\25186\00001\PLD\14T6017.DOC